C-4c
12·10·18

BHW2018R00758

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 DEC 13   AM 4: 04

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. _ELH-18-0617_ |
| | ) | |
| v. | ) | **(Interference with Commerce by** |
| | ) | **Robbery, 18 U.S.C. § 1951(a))** |
| **NAVON CONTI MAYO,** | ) | |
| | ) | |
| a/k/a "Cheeze," | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

1.       At all times material to this Indictment, GardaWorld was a corporation engaged in the provision of armed truck transport services within and outside the state of Maryland, and as such, is a business that affects interstate commerce.

2.       On or about October 10, 2018, in the District of Maryland, the defendant,

**NAVON CONTI MAYO,**
**a/k/a "Cheeze,"**

did knowingly and intentionally obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, § 1951, in that the defendant **NAVON CONTI MAYO, a/k/a "Cheeze,"** did unlawfully take property consisting of U.S. currency, from person of, and the care, custody, and control of, an employee of GardaWorld, against his will, by means of actual and threatened force,

violence, and fear of injury to his person and by threatening serious physical injury to said

employee by use of a weapon.


18 U.S.C. § 1951




Robert K. Hur /bha
ROBERT K. HUR
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 12/13/18

2